

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>MICHAEL NAUGHTON<br><br>*and*<br><br>DENISE NAUGHTON,<br>    Debtors | Ch. 13<br>12-12719-MSH |

## Order to Show Cause

Upon the debtor's motion (ECF No. 103), this case was reopened on May 31, 2018 (ECF No. 106) to allow the debtors to commence an adversary proceeding, which was filed as No. 18-01068 and which has since been resolved by an approved agreement (ECF No. 123) and closed. There has been no further activity in the main case. Any party in interest may show cause, in writing, within 14 days of the date of this order as to why this case should not be closed.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 4/13/2020